UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development) | CIVIL NO. 96-2098(SEC) |
| Plaintiff | FORECLOSURE OF MORTGAGE |
| v. | |
| JOSE COLON DIAZ, ET ALS | |
| Defendants | |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Ponce, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

**Real Estate Property**:

> **URBANA**: Solar radicado en el Barrio Susúa Alta del término municipal de Yauco, Puerto Rico, marcado con el número Nueve (9) del Bloque "Q" en el plano de inscripción de la Urbanización Villas del Cafetal II, con una cabida superficial de TRESCIENTOS SESENTA Y DOS METROS CUADRADOS CON TREINTA Y SIETE CENTESIMAS DE METRO CUADRADO (372.37 M/C), en lindes por el NORTE: con el lote número Diez (10), por el SUR: con la Calle número Uno (1), por el ESTE: con la Calle número Trece (13) y por el OESTE: con el lote número Ocho (8).
>
> Contiene una estructura en concreto para uso residencial.

U.S. v. José Colon Diaz, et als.
Civil No. 96-2098
Page 2

Plaintiff's mortgage is recorded at page 256, volume 336 of Yauco, property number 12042, 1st inscription at the Registry of the Property of Ponce, Section II, Puerto Rico.

THEREFORE, plaintiff requests from this Honorable Court that an order addressed to the Clerk of this Court be issued for a Writ of Cancellation of the following Lis Pendens:

> **ANOTACION DE DEMANDA**, mediante el caso 96-2098 seguido en el Tribunal de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico sobre Ejecucion de Hipoteca, United States of America demandante vs. José Luis Colón Díaz, demandado, anotado al folio 226 del tomo 391 de Yauco, bajo la Anotación A con fecha del 18 de octubre de 1996.

Given in San Juan, Puerto Rico, this 31st day of MARCH, 2003.

_____
UNITED STATES DISTRICT JUDGE